IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NASIR THOMPAS | CRIMINAL ACTION<br>NO. 17-00449-2 |

### ORDER

**AND NOW**, this 14th day of December 2020, upon consideration of Nasir Thompas's Motion for Release (ECF No. 107) and the Government's Response (ECF No. 112), it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.